**Motions and Appeal Dismissed and Memorandum Opinion filed September 9, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00346-CR

---

### KENNETH RAY SOWELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1007515**

---

## MEMORANDUM OPINION

The record reflects we lack jurisdiction over this appeal because the record contains no appealable order. On August 12, 2021, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

We dismiss the appeal and appellant's pending motions.


PER CURIAM


Panel consists of Justices Wise, Bourliot and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b)